■ MALCOLM BOTWAY, Petitioner, v BRENDA SOLOFF, Respondent. — Application for a writ of mandamus, unanimously dismissed, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Carro, Silverman, Fein and Milonas, JJ.

■ BERTA PRODUCTIONS, INC., Appellant-Respondent, v AMPRO PRODUCTIONS, INC., Respondent-Appellant. — Order, Supreme Court, New York County (H. Williams, J.), entered on December 23, 1981, unanimously affirmed, without costs and without disbursements, and without prejudice to renewal after discovery. No opinion. Concur — Kupferman, J. P., Ross, Lupiano, Bloom and Asch, JJ.

5 COUNTY OF WESTCHESTER et al., Appellants, v EDWARD I. KOCH, as Mayor of the City of New York, et al., Respondents. — Order, Supreme Court, New York County (Fraiman, J.), entered on July 7, 1981, unanimously affirmed for the reasons stated by Fraiman, J., at Special Term, without costs and without disbursements. Concur — Sandler, J. P., Sullivan, Markewich, Fein and Milonas, JJ.

■ HARRY SPAR, as Administrator of the Estate of SARAH WINTER, Deceased, et al., Respondents, v HERTZ CORPORATION, Defendant, and FORD MOTOR Co., Appellant. — Order, Supreme Court, New York County (Okin, J.), entered on September 2, 1981, unanimously affirmed. Respondents shall recover of appellant $50 costs and disbursements of this appeal. The appeal from the order of said court, entered on May 27, 1981, is dismissed as superseded by the appeal from the order entered on September 2, 1981, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Sullivan, Markewich, Fein and Milonas, JJ.